

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

CEDREX DAVIS,

v.

CHARLES TRAUGHBER, ET AL.,        CASE NUMBER:        1:04-1273-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/3/2005, this case is hereby DISMISSED and it is furthered CERTIFIED that any appeal in this matter is not taken in good faith.

**APPROVED:**

_James D. Todd_
**JAMES D. TODD
UNITED STATES DISTRICT JUDGE**

**ROBERT R. Di TROLIO
CLERK**

5/9/05                    BY:    C. Herd
**DATE**                          **DEPUTY CLERK**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on    5/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01273 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

Cedrex Davis
275609
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT